**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2456**

JAMES R. WATSON, JR.,

        Plaintiff - Appellant,

    v.

DORIS POULOS O'HARA; HONORABLE H. S. DEBERRY, IV,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:25-cv-11694-SAL)

Submitted:  July 16, 2026                                   Decided:  July 20, 2026

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James R. Watson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Watson, Jr., appeals the district court's orders (1) accepting the recommendation of the magistrate judge and dismissing without prejudice Watson's pro se 42 U.S.C. § 1983 complaint, and (2) denying Watson's motion for reconsideration.[*] We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Watson v. O'Hara*, No. 4:25-cv-11694-SAL (D.S.C. Nov. 12, 2025; Dec. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal order is a final decision because the court dismissed the complaint "without providing leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).